UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL MELBY and MELBY LLC,

                Plaintiffs,

      -against-

VEEA INC., VEEASYSTEMS INC., ALLEN
SALMASI, JANICE SMITH, and MICHAEL
SALMASI,

                Defendants.

Case No. 1:25-cv-07369 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

On October 31, 2025, Plaintiffs filed an amended complaint against Veea Inc.,

VeeaSystems Inc., Allen Salmasi, Janice Smith, and Michael Salmasi (collectively,

"Defendants"), as well as JPMorgan Chase Bank, N.A., Goldman Sachs Bank USA, The Bank of

New York Mellon, Citibank, N.A., Bank of America, N.A., Morgan Stanley Private Bank, N.A.,

Wells Fargo Bank, N.A., HSBC Bank USA, N.A., TD Bank, N.A., Capital One, N.A., U.S.

Bank, N.A., PNC Bank, N.A., and Truist Bank (collectively, "Trustee Defendants"). Dkt. 9

("Amended Complaint" or "AC"). The Amended Complaint does not state any cause of action

against the Trustee Defendants, and no proof of service has been filed regarding the Trustee

Defendants. Rather, it appears that Plaintiffs included the Trustee Defendants in the Amended

Complaint in furtherance of Plaintiffs' request for "trustee process attachments" under

N.Y.C.P.L.R. § 6201(3) and Fed. R. Civ. P. 64. Am. Compl. at 31-32. Such inclusion is not

required. *See* N.Y.C.P.L.R. § 6214(a) (outlining the separate process of serving a copy of an

attachment order upon garnishees); *see, e.g.*, *Worldwide Carriers Ltd. v. Aris S. S. Co.*, 312 F.

Supp. 172, 176-77 (S.D.N.Y. 1970) (discussing process for separate proceeding under

N.Y.C.P.L.R. § 6214(d)).

Accordingly, Plaintiffs shall submit a letter to the Court by **December 15, 2025** explaining why the Trustee Defendants should remain parties to this action.  Otherwise, the Court will order that Trustee Defendants be terminated as defendants.

Dated: December 10, 2025
          New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

2