UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 25-cv-07369-JLR

JOEL MELBY and
MELBY LLC

     Plaintiffs

v.

VEEA INC.,
VEEASYSTEMS INC.,
ALLEN SALMASI,
JANICE SMITH, and
MICHAEL SALMASI,

     Defendants,

JPMORGAN CHASE BANK, N.A.,
et al.

     Trustee Defendants.

Request GRANTED.  The Court will hold the parties' Initial Pretrial Conference, currently set for December 22, 2025, at 10:30 a.m., virtually via Teams video.  **Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive login credentials at the email addresses provided.**  The public list-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 342 467 517#.

**SO ORDERED.**

Dated: December 11, 2025
     New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**PLAINTIFFS' ASSENTED-TO MOTION TO CONVENE 12/22/25 PRE-TRIAL CONFERENCE VIA ZOOM**

The Plaintiffs, Joel Melby and Melby LLC (collectively, "**Melby**"), with the assent of the defendants,  move that the initial pre-trial conference scheduled for 12/22/2025 at 10:30 AM in Courtroom 20B, 500 Pearl Street, New York, NY 10007 before Judge Jennifer L. Rochon be convened via Zoom.  As grounds therefore, Melby states:

1. Melby's lead counsel is located in metropolitan Boston. While counsel could certainly travel to Manhattan for this event, the combination of round-trip travel time, and court time is likely to be significantly disproportionate to the weight of the event.

1

2.  While the initial pre-trial conference is, of course, important, and counsel takes it seriously Melby's counsel and defense counsel have collaborated on a joint letter and proposed motion and discovery schedule which will be filed with the Court forthwith but no later than December 12, 2025. They are also in the process of identifying documents and other things likely to be subject to automatic disclosure, and are exploring options for alternative dispute resolution.

3.  Counsel expect that they will be efficient enough to reduce some of the time that might otherwise require the Court's involvement with the conference.

4.  No party will be prejudiced by the allowance of this Motion.

5.  This Motion is not interposed for any improper purpose or for delay, but rather to help "secure the just, speedy, and inexpensive determination of every action and proceeding," as required by Fed. R. Civ. P. 1.

6.  The defendants assent to this Motion.

MELBY LLC and
JOEL MELBY

By their Attorney,

/s/ Seth Salinger
Seth H. Salinger
(Mass. BBO# 555426)
Admitted Pro Hac Vice
39 Charlemont Street
Newton, MA  02461
(617) 678-9618
sethsal@gmail.com


/s/ Frederic Abramson
Frederic Abramson, Bar# FA3918
160 Broadway, Ste. 500
New York, New York
(212) 233-0666

2

fabramson@abramsonlegal.com

ASSENTED-TO,

VEEA INC.,
VEEASYSTEMS INC.,
ALLEN SALMASI,
JANICE SMITH, and
MICHAEL SALMASI,

By their attorney,

/s/ Martin Shell
Martin Shell, Esq.
The Shell Law Firm, PLLC.
Attorneys for Defendants
11 Broadway, Suite 615
New York, New York 10004
Tel: (646) 616-3983
Fax: (212) 480-8560
mshell@shelllawfirm.com

Dated: December 10, 2025

**Certificate of Service**

I certify that the foregoing document is being served on all counsel and counsel of record via the ecf filing system and via email on December 10, 2025.

/s/ Seth Salinger

3