UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL MELBY and MELBY LLC,

      Plaintiffs,

   -against-

VEEA INC., VEEA SYSTEMS INC.,
ALLEN SALMASI, JANICE SMITH, and
MICHAEL SALMASI,

      Defendants.

Case No. 1:25-cv-07369 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 31, 2025, Plaintiffs filed an amended complaint against Veea Inc., VeeaSystems Inc., Allen Salmasi, Janice Smith, and Michael Salmasi (collectively, "Defendants"), as well as JPMorgan Chase Bank, N.A., Goldman Sachs Bank USA, The Bank of New York Mellon, Citibank, N.A., Bank of America, N.A., Morgan Stanley Private Bank, N.A., Wells Fargo Bank, N.A., HSBC Bank USA, N.A., TD Bank, N.A., Capital One, N.A., U.S. Bank, N.A., PNC Bank, N.A., and Truist Bank (collectively, "Trustee Defendants"). Dkt. 9 ("Amended Complaint" or "AC"). On December 10, 2025, the Court directed Plaintiffs to submit a letter explaining why the Trustee Defendants should remain parties to this action despite the absence of any cause of action against them in the Amended Complaint and any proof of service with respect to them on the docket. Dkt. 15. On December 11, 2025, Plaintiffs consented to the dismissal of the Trustee Defendants as parties "without prejudice to [Plaintiffs'] right to renew a motion for trustee attachment following initial discovery disclosures." Dkt. 18 at 2.

Accordingly, the Clerk of the Court is respectfully directed to terminate the Trustee

Defendants as parties.

Dated: December 17, 2025
      New York, New York

                                    SO ORDERED.

                                    _____
                                    JENNIFER L. ROCHON
                                    United States District Judge