UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

25-cv-07369 (JLR)

---

JOEL MELBY and MELBY LLC,

Plaintiffs,

v.

VEEA INC., VEEASYSTEMS INC., ALLEN SALMASI,
JANICE SMITH, and MICHAEL SALMASI,

Defendants.

---

### PLAINTIFFS' MOTION TO THE CONTINUE THE 4/10/26 DISCOVERY CONFERENCE

The plaintiffs, Joel Melby and Melby LLC, move that the remote discovery conference, currently scheduled for **April 10, 2026 at 11 am EDT**, be rescheduled to one of the following April dates:   **15, 16, 20, 21, 22, 23, or 24, 2026.**  As grounds, the plaintiffs state:

1.  Plaintiffs' counsel will be in California on Apri 10, 2026 attending his granddaughter's first birthday.

2.  Plaintiff's counsel attempted to conference this matter with defendants' counsel prior to filing it, but defendants' counsel's away email message indicates that counsel is traveling until April 14, 2026 with limited access to email.

3.  If none of the above-referenced dates are available to the Court or defense counsel, counsel will work together cooperatively to select a date that is acceptable to the Court and all parties.

Request GRANTED.  The parties' remote discovery conference shall be adjourned to **April 16, 2026, at 10:30 a.m.**  Counsel are reminded that they must submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided.  The public listen-only line may be accessed by dialing phone number: 646-453-4442 | phone conference ID: 151 653 371#.

SO ORDERED.

Dated: April 7, 2026
       New York, New York

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

4. This Motion is not interposed for delay.

5. No party will be prejudiced by the allowance of this Motion.

6. Allowance of this Motion will promote the just, speedy, and inexpensive determination of the action as required by F.R.Civ. P. 1.

WHEREFORE,  the Plaintiffs move for allowance of this motion and for such additional relief as the Court deems equitable and just.

JOE MELBY AND MELBY, LLC

By their Attorney,

/s/ Seth Salinger
Seth H. Salinger
(Mass. BBO #555426)
Admitted Pro Hac Vice
39 Charlemont Street
Newton, MA 02461
(617) 678-9618
sethsal@gmail.com

Dated April 7, 2026

## **Certificate of Service**

I certify that the foregoing document was served on all counsel of record via email and the ecf filing system on April 7, 2026.