UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL MELBY and MELBY LLC,

                         Plaintiffs,

            -against-

VEEA INC., VEEA SYSTEMS INC.,
ALLEN SALMASI, JANICE SMITH, and
MICHAEL SALMASI,

                        Defendants.

Case No. 1:25-cv-07369 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 16, 2026, the parties appeared before this Court for a conference regarding their various discovery disputes. *See* Dkts. 29-35. For the reasons stated on the record, the Court ORDERS as follows:

A. Defendants shall produce responses to Plaintiffs' Requests for Production and responsive non-privileged documents by **April 26, 2026**.

B. The parties shall continue to meet and confer with respect to the Requests for Admission and Interrogatories.

C. Defendants shall confirm to Plaintiff by **April 26, 2026** that there are no further relevant insurance policies to produce.

D. All fact discovery shall be completed no later than **July 30, 2026**. In light of the parties' representation that no expert discovery shall be conducted in this action, July 30, 2026 is also the deadline to conclude all discovery. This Order supersedes the parties' Civil Case Management Plan and Scheduling Order, Dkt. 25.

E.  The post-discovery pre-trial conference scheduled for July 9, 2026 is adjourned to **August 27, 2026**, at **10:00 a.m.**  This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions.  If a party wishes to move for summary judgment or to exclude expert testimony, it must, no later than three weeks before the conference, file a letter as set forth in Section 3.I of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than two weeks before the conference.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 29-35.

Dated: April 16, 2026
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2