SETH H. SALINGER
ATTORNEY AT LAW
39 CHARLEMONT STREET
NEWTON, MA 02461
(617) 678-9618
sethsal@gmail.com

---

August 4, 2026

**Via ecf**

Re: *Joel Melby And Melby LLC, v. Veea Inc., Veea Systems Inc., Allen Salmasi, Janice Smith, And Michael Salmasi, 25-Cv-07369 (jlr)*

PARTIES' JOINT LETTER-MOTION FOR AN ORDER EXTNEDING THE RULE 56 FILING DEADLINES.

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Rochon:

The parties jointly request that the deadline for submitting letter motions pursuant to F.R.Civ. P. 56 be extended from August 6, 2026 to a later date acceptable to the Court and the parties. The reasons for this request are as follows:

The parties have been working together cooperatively to complete discovery. However, due to circumstances beyond the control of counsel while two depositions have been completed, two critical depositions of the principals from each side remain to be completed. Those depositions are scheduled to be convened this month – August 2026. However, transcripts for the depositions that have been completed are not yet available as of the date of this Letter Motion.

While both sides believe that they have good grounds to request summary judgment on at least some of the issues raised in the case, proceeding on an incomplete record will not facilitate the purpose of Rule 56, nor will it assist in the efficient administration of this case, particularly, because under such a scenario, it is almost assured that even if the parties submit letter motions on August 6, 2026, they will later be seeking leave to supplement the record. The parties assume that

the Court would prefer to consider a single, integrated motion rather than one submitted in multiple parts on diverse dates.

The parties do not submit this request for the purpose of delay or any other improper purpose. They are near the end of the discovery process, and seek to have the matter adjudicated as fairly, timely, and efficiently as possible.

All parties join in this request.

Respectfully submitted,

/s/ Seth Salinger
Seth H. Salinger, Attorney at Law
(Mass. BBO #555426)
Admitted Pro Hac Vice
39 Charlemont Street
Newton, MA 02461
(617) 678-9618
sethsal@gmail.com

Assented to:

Defendants,

By:

/s/ Martin Shell
Martin Shell, Attorney at Law
The Shell Law Firm, PLLC
11 Broadway
Suite 615
New York, New York 10004
Tel: (646) 616-3983
Fax: (212) 480-8560
Cell: (718) 612-0255
mshell@shelllawfirm.com

Request DENIED. The parties shall submit any pre-motion letters by **August 6, 2026**, with oppositions due by **August 13, 2026**. To clarify, these letters are intended solely to preview the issues to be raised in the parties' summary judgment briefing; they are not formal Rule 56 motions themselves. To the extent the parties would like to ensure adequate time to gather evidence for their subsequent summary judgment motions, they may propose an appropriate briefing schedule if and when the Court directs them to do so. This order terminates the motion at Dkt. 53.

Dated: August 4, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

## Certificate of Service

I certify that the preceding document was served on all counsel of record via the ecf filing system on August 4, 2026

/s/ Seth Salinger